IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>        Plaintiff<br><br>v.<br><br>1.98 ACRES OF LAND, MORE OR LESS, IN WASHINGTON COUNTY, MARYLAND, AND LEISTER B. STOTTLEMYER, JR., ET UX, AND UNKNOWN OWNERS,<br>        Defendants, | Civil JFM-00-2038<br><br>HON. J. FREDERICK MOTZ |

**FINAL JUDGMENT AS TO TRACT 401-59**

Before the Court is a Stipulation as to Just Compensation for the property identified as tract 401-59, as described in Amended Schedule "B" to the Second Amended Complaint in Condemnation filed herein. The Court, having considered the Stipulation for Judgment by the United States of America, plaintiff, and by Leister B. Stottlemyer, Jr., and Mary Ann Stottlemyer, defendants, through their attorney Bryon C. Black, makes the following findings:

1. That the United States of America has filed a Second Amended Complaint for Condemnation in which it seeks to take, under authority of its power of eminent domain, the fee simple title, subject to a Right of Way, as is more fully described in the Amended Schedule "B" to the Second Amended Complaint filed herein, in the Property in tract 401-59 containing 1.62 acres;

2. That title to the 1.62 acres described as Tract 401-59 in

Amended Schedule "B" to the Second Amended Complaint is vested in Leister B. Stottlemyer, Jr., and Mary Ann Stottlemyer;

3. That the full and just compensation for the Property described as Tracts 401-59 in Amended Schedule "B" to the Second Amended Complaint in Condemnation is $30,000.00;

4. That Tele-Media Corporation, successor to CMA Cablevision Assoc. XI, and Antietam Cable Television, Inc., have disclaimed any right, title, claim or interest in the compensation paid or to be paid in this case.

5. That real estate taxes for the current tax year are due and owing to the County of Washington, Maryland, in the amount of $1,187.06.

NOW, THEREFORE, it appearing that this proceeding has been regularly conducted and that all necessary parties to this action have been served;

IT IS ADJUDGED, ORDERED AND DECREED that the full compensation for the taking of the fee simple title, subject to a Right of Way, as is more fully described in the Amended Schedule "B" to the Second Amended Complaint filed herein, is the sum of $30,000.00, and that upon payment of $30,000.00 into the registry of the Court, title to this tract of land shall vest in the United States of America free and discharged of all claims and liens of every kind whatsoever, and the said sum shall be distributed by the Clerk of this Court as indicated below in the following amounts:

```
Treasurer, County of Washington                $ 1,187.06
Courthouse Annex, Room 100
25 Summit Avenue
Hagerstown, Maryland 21740


Bryon C. Black, Esquire                        $28,812.94
129 West Patrick Street, Suite 13
Frederick, Maryland 21701
```

_December 20, 2000_
_____
date

_____
J. FREDERICK MOTZ
UNITED STATES DISTRICT JUDGE