IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>          Plaintiff<br><br>          v.<br><br>1.98 ACRES OF LAND, MORE OR LESS, IN WASHINGTON COUNTY, MARYLAND, AND LEISTER B. STOTTLEMYER, JR., ET UX, AND UNKNOWN OWNERS,<br>          Defendants, | Civil JFM-00-2038<br><br>HON. J. FREDERICK MOTZ |

## AMENDED FINAL JUDGMENT AND ORDER
## OF DISBURSEMENT AS TO TRACT 401-59

Plaintiff, United States of America, previously moved for and received a Final Judgment As To Tract 401-59, which directed the Clerk of court to disburse funds out of the registry of the court to defendants. Said Final Judgment, dated December 20, 2000, is hereby amended to order the disbursement of any interest, which has accrued on said money while in the registry of the Court, minus registry fees.

IT IS THEREFORE, ORDERED that the Clerk of this Court be and hereby is ordered to pay any interest which has accrued on the $30,000.00 deposited on January 4, 2001, in the registry of the court to Bryon C. Black, Esquire, 129 West Patrick Street, Suite 13, Frederick, Maryland 21701, minus registry fees.

_____          _____
Date                                J. FREDERICK MOTZ
                                    UNITED STATES DISTRICT JUDGE