IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>   Plaintiff<br><br>v.<br><br>1.98 ACRES OF LAND, MORE OR LESS, IN WASHINGTON COUNTY, MARYLAND, AND LEISTER B. STOTTLEMYER, JR., ET UX, AND UNKNOWN OWNERS,<br>   Defendants, | Civil JFM-00-2038<br><br>HON. J. FREDERICK MOTZ |

**SECOND AMENDED FINAL JUDGMENT AND**
**ORDER REGARDING DISTRIBUTION AS TO TRACT 401-59**

Plaintiff, United States of America, previously moved for and received Final Judgment as to Tract 401-59, which directed the Clerk of the Court to disburse funds paid into the registry of the court by plaintiff in the amount of $28,812.94 to Bryon C. Black, attorney for defendants Leister B. Stottlemyer, Jr., and Mary Ann Stottlemyer, and in the amount of $1,187.06 to the Treasurer of Washington County, Maryland, in payment of outstanding taxes. The Court, finding that the Clerk of the Court has paid the entire $30,000.00 to Bryon C. Black and that the outstanding taxes have now been paid by Mr. Black to the Treasurer of Washington County, the Court hereby amends the Final Judgment as to Tract 401-59 pursuant to Federal Rule of Civil Procedure 60(a).

IT IS THEREFORE, ORDERED that the Final Judgment as to Tract 401-59 be and hereby is amended to reflect that all taxes have

been paid and that title to this tract of land vested in the United States of America free and discharged of all claims and liens of every kind whatsoever upon payment of the sum of $30,000.00 into the registry of the court on January 4, 2001.

May 15, 2001
date

J. FREDERICK MOTZ
UNITED STATES DISTRICT JUDGE